CAUSE NO: A-31,689                    29,735-08

CLERK
JANIS DUNN-MORGAN                              IN THE 70TH
300 N. GRANT STREET ROOM                       JUDICIAL DISTRICT
                        301
ODESSA TEXAS, 79761                            COURT OF ECTOR
                                               COUNTY, ODESSA,
                                               TEXAS.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 17 2015
Abel Acosta, Clerk

IN RE: PLAINTIFF'S WRIT OF MANDAMUS
APPLICATION.

PLEASE file And FORWARD To 70TH
JUDICIAL DISTRICT COURT.

A COPY OF THIS MANDAMUS AND EXHIBITS A
WAS ALSO SENT To COURT OF CRIMINAL
APPEALS CLERK, ABEL ACOSTA, P.O.BOX 12308,
CAPITOL STATION, AUSTIN TEXAS 78711 BY
THE UNITED STATES MAIL SYSTEM.

SIGNED THIS 13TH DAY OF JULY 2015.

By PROSE Tony Ray Jones
#1321115
MICHAEL UNIT, P.O.BOX
4500, TENNESSEE COLONY,
TEXAS, 75886.

Tony Ray Jones
TDC# 1312115
RELATOR

V.

Janis Dunn-Morgan
Judicial District Clerk
Ector County, Odessa, Texas,
RESPONDENT

IN THE 70TH
JUDICIAL DISTRICT
COURT OF ECTOR
COUNTY, ODESSA
TEXAS.

## PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, TONY RAY JONES, RELATOR, PROSE IN THE ABOVE-STYLED AND NUMBERED CAUSE OF ACTION AND FILES THIS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, PURSUANT TO ARTICLE 11.07 SECTION 3(c) OF THE TEXAS CODE OF CRIMINAL PROCEDURE, AND WOULD SHOW THE COURT THE following:

## B. RELATOR

1.01 TONY RAY-JONES, TDC# 1312115 IS AN OFFENDER INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND IS APPEARING PROSE, WHO CAN BE LOCATED AT, MARK W. MICHAEL UNIT 2664 FM 2054 ANDERSON COUNTY, TEXAS, 75886.

1.02 RELATOR HAS EXHAUSTED HIS REMEDIES AND HAS NO OTHER ADEQUATE REMEDY OF LAW.

1.03 THE ACT SOUGHT TO BE COMPELLED IS MINISTERIAL, NOT DISCRETIONARY IN NATURE, TECCP ART. 11.07 SECTION 3(C) REQUIRES RESPONDENT TO IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE. IF THE CONVICTING COURT DECIDES THAT THERE ARE NO ISSUES TO BE RESOLVED. NO COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE HAVE BEEN TRANSMITTED TO THE COURT OF CRIMINAL APPEALS. HAD SUCH DOCUMENTS BEEN TRANSMITTED TO THE COURT OF CRIMINAL APPEALS BY RESPONDENT AS REQUIRED BY STATUE, RELATOR WOULD HAVE RECEIVED NOTICE FROM THE COURT OF CRIMINAL APPEALS.

RELATOR SENT JANIS-DUNN-MORGAN A <u>MOTION</u>
<u>REQUESTING FOR APPOINTMENT OF COUNSEL</u> PURSUANT

TO V.C.C.P. ART. [64] DNA TESTING DUE TO
HE DOES HAVE A SEXUAL ASSAULT CASE
THAT REQUIRES DNA TESTING YET NO CLERK
NOR PROSECUTION OFFICE NOR 170TH JUDICIAL
COURT JUDGE OR OTHER HAS RESPONDED IN
(30) DAYS OF RECEIPT OF FORENSIC DNA CHAP-
TER 64.01(C) MOTION WAS SENT DATED, <u>JUNE
16, 2015</u>. A SECOND NOTICE TO SAID CLERK
JANIS DUNN-MORGAN AND COURT OF CRIMINAL
APPEALS DATED JULY 6TH 2015 AND CLERK
ABEL ACOSTA WAS SENT A COPY OF FIRST DNA
REQUEST FOR APPOINTMENT OF COUNSEL PUR-
SUANT TO V.CCP ART 64.01(C) ON <u>JUNE 16
2015</u> AS WELL.

RELATOR SENT A SECOND PRO SE MOTION <u>JUNE
29TH 2015</u> FOR, REQUEST FOR PREPARATION
OF REPORTER'S RECORD (WITH AFFIDAVIT) AND
(DECLARATION) AN ORDER OF THE COURT,
AFFIDAVIT OF FACTS AND DECLURATION OF
INABILITY TO PAY COST.

3

RELATOR NEEDS SAID REPORTERS RECORDS AND DNA APPOINTMENT OF COUNSEL PURSUANT TO 64.01(C) AND TEXAS RULES OF APPELLATE PROCEDURE RULE 34.6(b) TO PERFECT HIS APPEAL BY EVALUATING A COMPLETE TRIAL AND APPELLATE RECORD WITH ALL POST CONVICTION filings TO SHOW THE ABUSE WITHIN HIS SEXUAL ASSAULT CASE BY TRIAL COURT, PROSECUTION AND COURT APPOINTED TRIAL AND APPEAL COUNSEL.

DNA TESTING WAS CREATED TO PROVE A CONVICTED INNOCENT PERSON'S CONVICTION WAS UNLAWFUL, AND SENATE Bills 1611, MICHAEL MORTON ACT MAY 2013; SENATE Bill 825 PROSECUTOR ACCOUNTABILITY ACT JUNE 2013, AND THE AMERICAN BAR ASSOCIATION'S MODEL RULE OF PROFESSIONAL CONDUCT 3.8 "SPECIAL RESPONSIBILITES OF A PROSECUTOR WERE BRADY V. MARYLAND, 373 U.S. 83 (1963) EXCULPATORY EVIDENCE WITHHELD LAWS PLACED INTO EFFECT BY GOVERN, RICK PERRY TO STOP INJUSTICE BY SAID STATE BAR MEMBERS.

VERNON'S TEXAS STATUES AND CODES ANNOTATED CODE OF CRIMINAL PROCEDURE (REFS + ANNOS) TITLE 1. CODE OF CRIMINAL PROCEDURE OF 1965 CHAPTER TWO. GENERAL DUTIES OF OFFICERS (REFS + ANNOS)

VERNON'S ANN. TEXAS C.C.P. ART. 2.03

4

(a) IT SHALL BE THE DUTY OF THE ATTORNEY REPRESENTING THE STATE TO PRESENT BY INFORMATION TO THE COURT HAVING JURISDICTION, ANY OFFICER FOR NEGLECT OR FAILURE OF ANY DUTY ENJOINED UPON SUCH OFFICER, WHEN SUCH NEGLECT OR FAILURE CAN BE PRESENTED BY INFORMATION, WHENEVER IT SHALL COME TO THE KNOWLEDGE OF SAID ATTORNEY THAT THERE HAS BEEN A NEGLECT OR FAILURE OF DUTY UPON THE PART OF SAID OFFICER; AND HE SHALL BRING TO THE NOTICE OF THE GRAND JURY ANY ACT OF VIOLATION OF LAW OR NEGLECT OR FAILURE OF DUTY UPON THE PART OF ANY OFFICER, WHEN SUCH VIOLATION, NEGLECT OR FAILURE IS NOT PRESENTED BY INFORMATION, AND WHENEVER THE SAME MAY COME TO HIS KNOWLEDGE.

(b) IT IS THE DUTY OF THE TRIAL COURT, THE ATTORNEY REPRESENTING THE ACCUSED, THE ATTORNEY REPRESENTING THE STATE AND ALL PEACE OFFICERS TO SO CONDUCT THEMSELVES AS TO INSURE A FAIR TRIAL FOR BOTH THE STATE AND THE DEFENDANT, NOT IMPAIR THE PRESUMPTION OF INNOCENCE, AND AT THE SAME TIME AFFORD THE PUBLIC THE BENEFITS OF A FREE PRESS:

CURRENT THROUGH THE END OF 2011 REGULAR SESSION AND FIRST CALLED SESSION OF THE 82nd LEGISLATURE,

5

# II.

## C. RESPONDENT

2.01 RESPONDENT, JANIS DUNN-MORGAN DISTRICT CLERK OF ECTOR COUNTY ODESSA TEXAS, HAS A MINISTERIAL DUTY TO RECEIVE AND FILE ALL PAPERS IN A CRIMINAL PROCEEDING, AND PERFORM ALL OTHER DUTIES IMPOSED ON THE CLERK BY LAW PURSUANT TO T.C.C.P. ART. 2.21 AND IS RESPONSIBLE UNDER TCCP 11.07 SECTION 3(C) TO IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT filing WAS MADE IF THE CONVICTING COURT DECIDES THAT THERE ARE NO ISSUES TO BE RESOLVED. JANIS DUNN-MORGAN, DISTRICT CLERK, ECTOR COUNTY MAY BE SERVED AT HER PLACE OF BUSINESS AT 300 N. GRANT STREET ROOM 301, ODESSA TEXAS 79761.

## D. VIOLATION of ARTICLE 11.07 of THE TEXAS CODE of CRIMINAL PROCEDURE.

3.01 THE RESPONDENT VIOLATED ARTICLE 11.07 SECTION 3(C) OF THE TEXAS CODE of CRIMINAL PROCEDURE BY failing TO PROVIDE A COPY of THE APPLICATION(S) for WRIT of HABEAS CORPUS, ANY ANSWERS filed, CHAPTER 64.01(C) DNA TEST APPOINTMENT of COUNSEL, REQUEST for PREPARATION of REPORTER'S RECORD (WITH AFFIDAVIT) AND (DECLARATION) MOTIONS AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT finding WAS MADE TO THE COURT of CRIMINAL APPEALS

6

WITHIN THE TIME PRESCRIBED BY LAW AND WITHIN A REASONABLE TIME FROM THE DATE ON WHICH THE DOCUMENTS WERE REQUESTED TO BE TRANSMITTED.

3.02 REQUEST FOR THE TRANSMITTAL OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, VCCP CHAPTER 64.01(C) DNA MOTION FOR APPOINT- MENT OF COUNSEL, REQUEST FOR PREPARATION OF REPORTER'S RECORD MOTION (WITH AFFADIT) AND (DECLARATION) MOTION AND A CERTIFICATE RE- CITING THE DATE UPON WHICH THAT FINDING WAS MADE WERE MADE BY RELATOR TO JANIS DUNN- MORGAN, ECTOR COUNTY DISTRICT CLERK, BY U.S. MAIL SYSTEM DATED JUNE 16 2015 ; JULY 6TH 2015 ; JUNE 29TH 2015. COPY OF CLERKS LETTER ALSO SENT TO CLERK, ABEL ACOSTA PO BOX 12308 CAPITOL STATION, AUSTIN TEXAS, 78711 AND COPY OF REQUEST FOR APPOINTMENT OF COUNSEL PURSUANT TO VCCP ART. [64] DNA TESTING MOTION DATED JUNE 16 2015.

PURSUANT TO ARTICLE 11.07 SECTION 3(C) OF THE CODE OF CRIMINAL PROCEDURE. TRUE AND ACCURATE COPIES OF THE ABOVE LETTERS ARE ATTACHED HERE TO AS EXHIBITS "A" AND SENT TO, ABEL ACOSTA COURT OF CRIMINAL APPEALS OF TEXAS, PO BOX 12308, CAPITOL STATION, AUSTIN TEXAS, 78711 (CLERK OF CCA). AND ARE INCOR- PORATED BY REFRENCE HEREIN FOR All PURPOSES.

3.03 TO DATE, RELATOR HAS RECEIVED NO RESPONSE FROM RESPONDENT REGARDING RELATOR'S REQUEST FOR TRANSMITTAL OF A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, REQUEST FOR APPOINTMENT OF COUNSEL PURSUANT TO V.C.C.P. ART. [64] DNA TESTING MOTION DATED June 16 2015, REQUEST FOR PREPARATION OF REPORTER'S RECORD (WITH AFFIDAVIT) AND (DECLARATION) MOTION AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS.

3.04 AS IS CLEAR FROM RELATOR'S LETTERS, RELATOR HAS REPEATLY PUT RESPONDENT ON NOTICE THAT RELATOR SEEKS THE TRANSMITTAL OF A COPY OF THE APPLICATIONS FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, REQUEST FOR APPOINTMENT OF COUNSEL PURSUANT TO V.C.C.P. ART. [64] DNA TESTING MOTION, REQUEST FOR PREPARATION OF REPORTER'S RECORD SENT TO HIM FOR PREPARATION OF NEWLY DISCOVERED EVIDENCE MOTION INCLUDING DNA EVIDENCE, EXCULPATORY EVIDENCE BRADY CLAIM EVIDENCE AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS AND THAT SUCH RECORDS ARE REQUIRED BY THE COURT OF CRIMINAL APPEALS TO ACT ON RELATOR'S WRIT OF HABEAS CORPUS. RELATOR HAS GONE WELL BEYOND ANY REQUIREMENT OR OBLIGATIONS IMPOSED UPON HIM BY THE TEXAS CODE OF CRIMINAL PROCEDURE.

8

IN CONTRAST TO RELATOR'S EFFORTS, RESPONDENT HAS WHOLLY FAILED TO COMPLY WITH THE TEXAS CODE CRIMINAL PROCEDURE, ART. 11.07 SECTION 3(C), IS ACTING IN BAD FAITH, AND HAS ALSO FAILED TO AFFORD RELATOR THE PROFESSIONAL AND COMMON COURTESY OF ANY WRITTEN RESPONSE TO HIS CORRESPONDENCE AND REQUESTS.

3.05 ARTICLE 11.07 SECTION 3(C) CLEARLY STATES THAT IF THE CONVICTING COURT DECIDES THAT THERE ARE NO SUCH ISSUES, THE CLERK SHALL IMMEDIATELY TRANSMIT AND SEND RELATOR THE REQUESTED-REQUEST FOR APPOINTMENT OF COUNSEL PURSUANT TO V.C.C.P. ART. [64] DNA TESTING, REQUEST FOR PREPARATION OF CLERK'S RECORD FOR PREPARATION OF NEWLY DISCOVERED EVIDENCE HABEAS CORPUS AND TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE. FAILURE OF THE COURT TO ACT WITHIN THE ALLOWED 20 DAYS SHALL CONSTITUTE SUCH A FINDING." TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 11.07 Sec. 3(C). RESPONDENT IS IN VIOLATION OF THIS PROCEDURE, MINISTRIAL DUTIES, AND THUS THE LAWS OF THIS STATE.

9

# PRAYER FOR RELIEF

## D.                    IV.

WHEREFORE, PREMISES CONSIDERED. RELATOR, TONY RAY JONES # 1312115, PRO SE, RESPECTFULLY REQUESTS A FINDING THAT THE RESPONDENT did NOT TRANSMIT DOCUMENTS TO THE COURT OF CRIMINAL APPEALS NOR SEND HIM REQUESTED DOCUMENTS WITHIN A REASONABLE TIME AFTER THE DATE THEY WERE REQUESTED AND THAT RELATOR BROUGHT THIS LITIGATION IN GOOD FAITH AND HAS SUBSTANTIALLY PREVAILED. RELATOR PRAYS FOR AN ORDER DIRECTING RESPONDENT TO TRANSMIT COPIES OF PAST APPLICATIONS OF HABEAS CORPUS TO HIM, REQUEST FOR APPOINTMENT OF COUNSEL PURSUANT TO V.C.C.P. ART. [64] DNA TESTING, REQUEST FOR PREPARATION OF REPORTER'S RECORD FOR PREPARATION OF NEWLY DISCOVERED EVIDENCE HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS AS DIRECTED IN ART. 11.07 SECTION 3(C) OF THE TEXAS CODE OF CRIMINAL PROCEDURE AND AS REQUESTED IN RELATOR'S LETTERS EXHIBIT A

RESPECTFULLY SUBMITTED

BY Tony Ray Jones 1312115
_____
RELATOR

SIGNED THIS 8 7TH DAY OF
JULY, 2015

10

THE STATE OF TEXAS

COUNTY OF ECTOR

E. AFFIDAVIT

I SWARE UNDER OATH THAT THE FACTS AND ALLEG-
ATIONS IN THE ABOVE APPLICATION FOR WRIT OF MAN-
DAMUS ARE TRUE AND CORRECT.

Tony Ray Jones
RELATOR

SIGNED UNDER OATH BEFORE ME, ON THIS ____ DAY OF ____

2005

NOTARY PUBLIC STATE OF TEXAS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THIS ABOVE
APPLICATION FOR WRIT OF MANDAMUS WAS SERVED ON
JANIS DUNN-MORGAN BY PLACING A COPY IN THE
U.S. MAIL SYSTEM TO 300 N. GRANT STREET, ROOM 301
ODESSA TEXAS 79761 AND CLERK, ABEL ACOSTA,
COURT OF CRIMINAL APPEALS, P.O. BOX 12308, CAPITOL
STATION, AUSTIN, TEXAS, 78711 SIGNED THIS 13TH
DAY OF JULY 2015

Tony Ray Jones 1312115
Michael Unit 2664 fm
2054, Tennessee Colony.
Texas 75886.

CAUSE NO A-31,689

TONY RAY JONES
131215
RELATOR

V.

JANIS DUNN-MOREAN
CLERK, ECTOR COUNTY
ODESSA TEXAS, RESPONDENT

IN THE 70TH
JUDICIAL DISTRICT
COURT OF ECTOR
COUNTY, ODESSA
TEXAS

ORDER

ON THIS DAY, CAME ON TO BE HEARD THE FOREGOING
RELATOR'S APPLICATION FOR WRIT OF MANDAMUS
AND IT APPEARS TO THE COURT THAT THE SAME SHOULD
BE

_____ GRANTED

IT IS THEREFORE ORDERED THAT THE DISTRICT CLERK
SHALL IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL
APPEALS A COPY OF THE APPLICATIONS OF WRIT OF HABEAS
CORPUS, REQUEST FOR APPOINTMENT OF COUNSEL PURSUANT
TO U.C.C.P. ART [64] DNA TESTING, TEXAS RULES OF
APPELLATE PROCEDURE RULE 34.6 (b) REQUEST FOR PRE-
PARATION OF REPORTER'S RECORD FOR PREPARATION OF NEWLY
DISCOVERED EVIDENCE AND COPIES TO RELATOR, ANY ANSWERS
FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH
THAT TRANSMITTAL WAS MADE.
SIGNED THIS ____ DAY OF _____

SIGNED THIS ____ DAY OF ____ 2015

JUDGE PRESIDING.

EXHIBIT A

CLERK JANIS DUNN-MORGAN
300 N. GRANT STREET ROOM 301

IN THE 70TH
JUDICIAL DIST-
RICT COURT OF
ECTOR COUNTY,
ODESSA TEXAS

IN RE: THIRD REQUEST FOR REPONSE
TO RECEIVING DNA FORENSIC TESTING
T.C.C.P. CHAPTER 64.01(C) APPOINTMENT
OF COUNSEL MOTION SENT ON THE 16TH
DAY OF June 2015

PER. T.C.C.P. 2.21 CLERK'S DUTIES AND
TCCP ART.S 11.07 Section 3(C) CLERK
SHALL FILE WITH THE COURTS, MOTIONS, AND
SEND RESPONSE TO PETITIONERS AND
FORWARD TO BOTH OF CONVICTING TRIAL COURT
AS TOO, APPELLATE COURTS UPON OF DECISSIONS
OF SAID COURT.

Due TO NO RESPONSE, WRIT OF MANDAMUS
WILL ARRIVE AT ABOVE COURT CLERK'S OFFICE AND
ALSO TO CLERK, ABEL ACOSTA ON THE 16TH
DAY OF July 2015.

Tony Ray Jones #1312115
Michael Unit
P O Box 4500
Tennessee Colony Texas
75886

SIGNED THIS 6TH DAY
OF July 2015

CAUSE NO: A-31,689

CLERK
ABEL ACOSTA
COURT OF CRIMINAL APPEALS

IN RE: PLAINTIFFS WRIT of MANDAMUS

TO THE 70TH JUDICIAL DISTRICT COURT
CLERK, JANIS DUNN-MORGAN. TO BE filed
And PRESENTED BEFORE THE COURTS.

THANK YOU.
Tony Ray Jones #1341115
Michael Unit
PO BOX 4500
Tennessee Colony Texas
75886.

SIGNED THIS 8TH
Day of July 2015.

ATTACHED EXHIBIT A.